**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1407**

RHONDA A. MCKOY,

              Plaintiff - Appellant,

        v.

R. JAMES NICHOLSON, Secretary, Department of Veterans
Affairs,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:06-cv-00217-BO)

Submitted:  December 9, 2008      Decided:  January 7, 2009

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel F. Read, Durham, North Carolina, for Appellant.  George
E. B. Holding, United States Attorney, Anne M. Hayes, Lora M.
Taylor Tripp, Assistant United States Attorneys, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonda McKoy appeals from the district court's order granting summary judgment in favor of the Department of Veterans Affairs in McKoy's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McKoy v. United States Dep't of Veterans Affairs, No. 5:06-cv-00217-BO (E.D.N.C. Mar. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED